LILLIAN WHEELER, Appellant, v. WILLIAM WHEELER, Respondent.— Judgment dismissing complaint unanimously affirmed, without costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Seeger and Carswell, JJ.